Attorney for Debtor
Pia J. North, Esq. #29672
North Law
5913 Harbour Park Drive
Midlothian, VA 23112
Tel: (804) 739-3700
Fax: (804)739-2550
Help@PiaNorth.com

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF VIRGINIA**
**Richmond Division**

IN RE:  Misty D. Guard, Debtor                         Case#: 16-35872
     6403 Statute Street                              Lynne L. Tavenner, Trustee
     Chesterfield, VA 23832                        Chapter: 7

Last 4 of SSN: xxx-xx-4097

## MOTION TO EXTEND THE AUTOMATIC STAY

Comes Now, Debtor, Misty D. Guard, by Counsel, Pia J. North, Esq. and states the following in support of this Motion:

1. On, November 30 2016, the Debtor filed a Chapter 7 petition for relief in this Honorable Court (the "instant case"). Lynne L. Tavenner, Chapter 7 Trustee was appointed to serve as Chapter 7 Trustee in this case (the "Trustee").

2. The Debtor, Misty D. Guard filed two previous bankruptcies, only one of which was filed in the last eight years: Case# 15-10185 was filed on January 20, 2015 and dismissed on April 13, 2016 upon the Debtor's Motion to Dismiss. That case was pending within one year of the filing of this instant case, thus triggering the provision of 11 U.S.C. 362(c)(3). The Debtor has also filed a petition for relief under Chapter 7 on June 17, 2008 Case# 08-00938; that case was discharged on September 18, 2008.

3. The automatic stay will expire in the instant case on December 30, 2016, unless the Court extends the automatic stay pursuant to 11 U.S.C 362 (c)(3)(A) and (B).

4. The Debtor's bankruptcy history does not indicate a lack of good faith. The Debtor had every intention of following through on her Chapter 13 bankruptcy plan when she filed her petition in January 2015. However, the plan subsequently became unaffordable when her expenses increased: Her child support obligation increased from $500 to $900 per month. Additionally, she moved and her monthly rent expenses increased from $675 per month to $1,500 per month. When it became clear to her that she would be unable to afford the Chapter 13, she consulted with her attorneys and they filed a Motion for Voluntary Dismissal. The Order dismissing the case was entered on April 13, 2016.

5. The only other case that the Debtor filed was a Chapter 7 petition that was filed in June 2008 which was more than eight years before the previous case. She is eligible to receive a Chapter 7 discharge.

6. The Debtor has filed this case in good faith. There has been a change of circumstances in that the Debtor is now eligible to file a Chapter 7 and no longer has the financial resources to support a Chapter 13 plan payment.

7. WHEREFORE, for the foregoing reasons, the Debtor respectfully requests that this Court enter an Order extending the automatic stay under 11 U.S.C. § 362 as to all creditors, as to the Debtor and the Debtor's property, and as to the property of the estate for the duration of this proceeding, or until such time as the stay is terminated under § 362 (c) (1) or (c) (2), or a motion for relief is granted under § 362(d) and for such other and further relief as to the Court shall be deemed appropriate.

Respectfully submitted:

Misty D. Guard

By:   /s/ Pia J. North
Counsel

Attorney for Debtor
Pia J. North, Esq. #29672
North Law
5913 Harbour Park Drive
Midlothian, VA 23112
Tel: (804) 739-3700
Fax: (804)739-2550
Help@PiaNorth.com

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF VIRGINIA
### Richmond Division

IN RE:  Misty D. Guard, Debtor                                        Case#: 16-35872
      6403 Statute Street                                              Lynne L. Tavenner, Trustee
      Chesterfield, VA 23832                                       Chapter: 7

Last 4 of SSN: xxx-xx-4097

## NOTICE OF MOTION

      Pia J. North, Attorney for the Debtor having filed papers with the court: Motion to Extend the Automatic Stay.

      **<u>Your rights may be affected.</u>** You should read these papers carefully and discuss **them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)**

      If you do not want the court to grant the relief sought in the objection, or if you want the court to consider your views on the motion, then **on or before December 15, 2016,** you or your attorney must: File with the court, at the address shown below, a written response pursuant to Local Bankruptcy Rule 9013-1(H)]. If you mail your request for hearing (or response) to the court for filing, you must mail it early enough so the court will **receive** it on or before the date stated above.

| | |
|---|---|
| Clerk of Court<br>United States Bankruptcy Court<br>701 E. Broad Street, Room 4000<br>Richmond, VA 23219<br><br>Office of the U.S. Trustee<br>701 E. Broad Street, Room 4304<br>Richmond, Virginia 23219 | You must also mail a copy to:<br><br>Pia J. North<br>North Law<br>5913 Harbour Park Drive<br>Midlothian, VA 23112<br><br>Lynne L. Tavenner<br>20 North 8th Street; 2nd Floor<br>Richmond, VA 23219<br>LTavenner@tb-lawfirm.com |

If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the motion and may enter an order granting that relief.

Attorney for Debtor
Pia J. North, Esq. #29672
North Law
5913 Harbour Park Drive
Midlothian, VA 23112
Tel: (804) 739-3700
Fax: (804)739-2550
Help@PiaNorth.com

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF VIRGINIA**
**Richmond Division**

IN RE:  Misty D. Guard, Debtor                                         Case#: 16-35872
         6403 Statute Street                                           Lynne L. Tavenner, Trustee
         Chesterfield, VA 23832                                        Chapter: 7

Last 4 of SSN: xxx-xx-4097

**NOTICE**

PLEASE TAKE NOTICE that on **December 21, 2016 @ 10:00 a.m.** or as soon thereafter as is practical, we will appear before the Honorable Keith L. Phillips   United States Bankruptcy Court, Eastern District of Virginia, Richmond Division, 701 E. Broad Street, Room 5100, Richmond, VA 23219  on the Debtor's Motion to Extend the Automatic Stay.

                                          Misty D. Guard
                        BY:               /s/ Pia J. North
                                          Counsel

**Certificate of Service**

I hereby certify that I have on December 1, 2016, served by transmitting a true copy of the foregoing Motion to Extend the Automatic Stay, Notice of Motion and Notice of Hearing electronically through the Court's CM/ECF system or by first class mail, postage pre-paid to:  Misty D. Guard, the Debtor, 6403 Statute Street, Chesterfield, VA 23832, the Trustee, the United States trustee and to all creditors and parties in interest on the attached mailing matrix

                        By:    /s/ Pia J. North
                               Counsel

Attorney for Debtor
Pia J. North, Esq. #29672
North Law
5913 Harbour Park Drive
Midlothian, VA 23112
Tel: (804) 739-3700
Fax: (804)739-2550
Help@PiaNorth.com

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF VIRGINIA**
**Richmond Division**

IN RE: Misty D. Guard, Debtor                Case#: 16-35872
6403 Statute Street                          Lynne L. Tavenner, Trustee
Chesterfield, VA 23832                       Chapter: 7

Last 4 of SSN: xxx-xx-4097

## AFFIDAVIT

I, Misty D. Guard declare under penalty of perjury that the information provided in the Motion to Extend the Automatic Stay is true and correct.

1. I have only filed two prior bankruptcies. The first bankruptcy was a Chapter 7 bankruptcy which was filed and successfully completed in 2008.

2. The only other bankruptcy I filed was a Chapter 13 Bankruptcy that I filed in January 2015. After I filed the case my expenses increased: When I moved to another town, my rent increased from $675 per month to $1,500 per month. Additionally, my monthly child support payment increased from $500 per month to $900 per month. Once I explained this situation to my bankruptcy lawyers, they filed a Motion to Dismiss my Chapter 13.

3. I believe that under the circumstances, it is best that I file a Chapter 7 bankruptcy.

Date: November 3, 2016                       /s/ Misty D. Guard
                                             Misty D. Guard

| | | |
|---|---|---|
| Aaron's Sales & Lease<br>5087 Jefferson Davis Highway<br>Fredericksburg, VA 22408 | Capital One<br>15000 Capital One Dr<br>Richmond, VA 23238 | Comenity Bank/Victsecret<br>Po Box 182789<br>Columbus, OH 43218 |
| American Profit Recovery<br>34405 W 12 Mile Rd Ste 3<br>Farmington Hills, MI 48331 | Capital One<br>Po Box 30285<br>Salt Lake City, UT 84130 | Credit One Bank<br>Po Box 98873<br>Las Vegas, NV 89193 |
| AT & T<br>P.O. Box 1954<br>Southgate, MI 48195 | Cato Corporation<br>Po Box 34216<br>Charlotte, NC 28234 | Credit One Bank Na<br>Po Box 98872<br>Las Vegas, NV 89193 |
| Bass & Associates<br>2970 Peachtree Road, N.W.<br>Suite 622<br>Atlanta, GA 30305 | Cato Corporation<br>Attn Bankruptcy/Credit Dept<br>8100 Denmark Rd<br>Charlotte, NC 28273 | Credit One Bank Na<br>Po Box 98873<br>Las Vegas, NV 89193 |
| BB & T<br>Recovery Dept<br>PO Box 580393<br>Charlotte, NC 28258 | Cedar Financial<br>5230 Las Virgenes Rd Ste<br>Calabasas, CA 91302 | Creekside Resort<br>41 Resort Drive<br>Basye, VA 22810 |
| Bio Reference<br>481 Edward H. Ross Dr.<br>Elmwood Park, NJ 07407 | Cedar Hill National Bank<br>PO BOX 37902<br>Charlotte, NC 28237 | Direct TV<br>Post Office Box 78626<br>Phoenix, AZ 85062 |
| Bull City Financial Solutions<br>2609 North Duke St. #500<br>Durham, NC 27704 | Certegy Check Services, Inc.<br>11601 Roosevelt Blvd.<br>Saint Petersburg, FL 33716 | Dish<br>PO BOX 94063<br>Palatine, IL 60094-4063 |
| Caf/Carmax Auto Finance<br>Attn: Bankruptcy<br>Po Box 440609<br>Kennesaw, GA 30160 | Cfw Credit & Collectio<br>Attn:Collections<br>19 N Washington St<br>Winchester, VA 22601 | Diversified Consultants<br>POB 551268<br>Jacksonville, FL 32255 |
| Calvary Portfolio Services<br>7 Skyline Dr<br>3rd Floor<br>Hawthorne, NY 10532 | Check Systems<br>7805 Hudson Rd.<br>Suite 100<br>Woodbury, MI 55125 | E.A. Hawse Health Center<br>17978 WV-55<br>Baker, WV 26801 |
| Calvary Portfolio Services<br>500 Summit Lake Ste 400<br>Valhalla, NY 10595 | ChexSystems<br>Attn: Consumer Relations<br>7805 Hudson Rd., Suite 100<br>Saint Paul, MN 55125 | Equifax Check Services<br>Post Office Box 30272<br>Tampa, FL 33630-3272 |

ERC/Enhanced Recovery Corp
8014 Bayberry Rd
Jacksonville, FL 32256

HC Processing Center
203 E Emma Ave Ste A
Springdale, AR 72764

MedCorp Health System
O.D.C. Recovery Services
12000 Kennedy Ln Suite 100
Fredericksburg, VA 22407

Experian
Dispute Department
P.O. Box 4500
Allen, TX 75013

HC Processing Center
Po Box 829
Springdale, AR 72765

Midlothian Family Practice
1471 Johnston Willis Drive
Richmond, VA 23235

Experian
475 Anton Blvd
Costa Mesa, CA 92626

James B. Nutter
P.O. Box 419404
Kansas City, MO 64141-6404

National Emerge
P O Box 15670
Brooksville, FL 34604

Fingerhut
6250 Ridgewood Road
Saint Cloud, MN 56303

Jl Walston & Associate
1107 West Main St., Suite 201
Durham, NC 27701

Navient
Po Box 9500
Wilkes Barre, PA 18773

Fingerhut
6250 Ridgewood Rd
St Cloud, MN 56303

Julie Frazier, Equire
56 East Main Street
Romney, WV 26757

Navient
Attn: Claims Dept
Po Box 9500
Wilkes-Barr, PA 18773

Gold Key Credit
Attn: Bankruptcy
Po Box 15670
Brooksville, FL 34604

Lagacy Vacation Club
Harbor Club Owners
P.O. Box 29352
Phoenix, AZ 85038

Ocean Club Villas II
105 120th Street
Ocean City, MD 21842

Grant Memorial Hospital
117 Hospital Drive
Petersburg, WV 26847

Legacy Vacation Club
201 Clubhouse Drive
Palm Coast, FL 32137

Ocean Sands Resort
580 Lynnhaven Parkway
Suite 101
Virginia Beach, VA 23452

Hahn Medical Practices, Inc
22347 northwestern pike
Romney, WV 26757

Legacy Vacation Club
2800 N. Poinciana Blvd.
Kissimmee, FL 34746

Patient Account Bureau
4366 Park Drive
Norcross, GA 30093

Harrisonburg OBGYN
2291 Evelyn Byrd Ave.
Harrisonburg, VA 22801

Mary Washington Health Care
2300 Fall Hill Ave
Fredericksburg, VA 22401

PHG Ironbridge
P.O. Box 281814
Atlanta, GA 30384

Hawse Health Center
17978 WV-55
Baker, WV 26801

Mary Washington Hospital
Post Office Box 7667
Fredericksburg, VA 22404

Potomac Edison
P.O. Box 3615
Akron, OH 44309-3615

Purchasing Power
695 Pylant Street
Atlanta, GA 30336

Summit Community Bank
310 N Main St
Moorefield, WV 26836

Verizon
500 Technology Dr
Suite 500
Weldon Spring, MO 63304

Quantum3 Group LLC
PO Box 788
Kirkland, WA 98083

Telecheck Services Inc.
5521 Westheimer Road
Houston, TX 77056

Walden University
1000 S Washington Ave #900
Minneapolis, MN 55401

R. Scott Pugh, Esquire
9108 Courthouse Road
Spotsylvania, VA 22553

The Villas - Summer Bay Resort
17805 US 192
Clermont, FL 34714

Webbank/fingerhut
6250 Ridgewood Rd
Saint Cloud, MN 56303

Revenue Enterprises LLC
3131 S Vaughn Way Ste 426
Aurora, CO 80014

TransUnion
P.O. Box 2000
Chester, PA 19022

Williams & Fudge, Inc
300 Chatham Ave.
POB 11590
Rock Hill, SC 29731

Rockingham Medical Hospital
2010 Health Campus Dr,
Harrisonburg, VA 22801

University of Phoenix
4615 E. Elwood Street
3rd Floor
Phoenix, AZ 85040

Wayne Wolfe
10 Riverbed Lane
Moorefield, WV 26836

Rockingham Medical Hospital
P.O.Box 392
Harrisonburg, VA 22803

Us Dept of Ed
Great Lakes Educational Loan
Po Box 7860
Madison, WI 53707

Wayne T. Wolfe
10 Riverbed Lane
Moorefield, WV 26836

Royal Floridian
51 South Atlantic Avenue
Ormond Beach, FL 32176

Us Dept of Ed/Great Lakes Educational Lo
2401 International
Madison, WI 53704

Sentara Health Care
PO Box 1875
Norfolk, VA 23501

UVA Physician Group
4105 Lewis & Clark Drive
Charlottesville, VA 22911

Sherman Law Firm
255 West Main Street
Romney, WV 26757

Valley Credit Service, Inc
Po Box 2162
Hagerstown, MD 21742

Springleaf Financial Services
601 Nw 2nd St
Evansville, IN 47708

Verizon
500 Technology Dr Ste 30
Weldon Spring, MO 63304